**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC., a Delaware Corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH L. JONES III, an individual; and PHATLOGIC, LLC, a Georgia limited liability company,<br><br>　　　　　　　Defendants. | Case No. 1:20-cv-2338-AT<br><br>STIPULATED PERMANENT INJUNCTION |

## STIPULATION

Plaintiff Amazon.com, Inc. ("Amazon") and Defendants Kenneth L. Jones III and PhatLogic, LLC, (collectively, "Defendants"), hereby notify the Court that the parties have reached a settlement of all claims in this matter. Pursuant to the terms of that settlement, the Parties stipulate and agree to entry of the permanent injunction below.

　　　Dated January 22, 2021.

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| **HOLLAND & KNIGHT LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| /s/ Caroline Johnson Tanner | /s/ Jeffrey A. Hord |
| Caroline Johnson Tanner | (with express permission) |
| Georgia Bar No. 392580 | Jeffrey A. Hord |
| One Regions Plaza, Suite 1800 | Georgia Bar No. 598725 |
| 1180 West Peachtree Street, N.W. | 110 King Street, Suite 520 |
| Atlanta, GA 30309-3407 | Alexandria, VA 22314 |
| (404) 817-8500 | Tel. (202) 768-2407 |
| (404) 881-0470 (Fax) | Fax (202) 800-2999 |
| caroline.tanner@hklaw.com | jhord@grsm.com |
| | |
| **DAVIS WRIGHT TREMAINE LLP** | Chad A. Shultz |
| | Georgia Bar No. 644440 |
| Bonnie E. MacNaughton | Julia C. Glasgow |
| (*admitted pro hac vice*) | Georgia Bar No. 827438 |
| Sara A. Fairchild | 55 Ivan Allen Jr. Blvd., Suite 750 |
| (*admitted pro hac vice*) | Atlanta, GA 30308 |
| 920 Fifth Avenue, Suite 3300 | Tel. (404) 869-9054 |
| Seattle, WA 98104 | Fax (678) 389-8475 |
| (206) 622-3150 | cshultz@grsm.com |
| (206) 757-7700 (Fax) | jglasgow@grsm.com |
| bonniemacnaughton@dwt.com | |
| sarafairchild@dwt.com | *Counsel for Defendants PhatLogic LLC and Kenneth L. Jones III* |
| | |
| Meagan A. Himes | |
| (*admitted pro hac vice*) | |
| 1300 SW Fifth Avenue, Suite 2400 | |
| Portland, OR 97201 | |
| (503) 241-2300 | |
| (503) 778-5299 (Fax) | |
| meaganhimes@dwt.com | |
| | |
| *Attorneys for Plaintiff Amazon.com, Inc.* | |

## **PERMANENT INJUNCTION**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant PhatLogic LLC, and its directors, principals, officers, employees, shareholders, agents, successors, assigns, and all others in active concert or participation with it; along with Defendant Kenneth L. Jones III, and his agents, representatives, trustees, marital communities, associations, and each of his predecessors, successors, and assigns, and other representatives, are collectively enjoined and restrained from:

1. Using any trademarks registered by or otherwise associated with the Amazon Parties (the "Amazon Trademarks") or any simulation, reproduction, counterfeit, copy, or colorable imitation of the them, in any manner in connection with any advertising, marketing, offer for sale, promotion, display, publication, website, voicemail, email, or software;

2. Using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any website, voicemail, email, advertising, or other marketing materials has been produced, distributed, displayed, licensed, sponsored, approved or authorized by or for Amazon, when such is not true in fact;

3. Engaging in any other activity constituting an infringement or dilution of any of the Amazon Trademarks, or of the Amazon Parties' rights in, or right to use or to exploit, such trademarks or services marks; and

4. Knowingly assisting any other person or business entity in engaging in or performing any of the activities listed above.

The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Parties' settlement agreement and this Stipulated Permanent Injunction.

DATED THIS <u>2nd</u> day of <u>March</u>, 2021

_____
The Honorable Amy Totenberg
UNITED STATES DISTRICT JUDGE